### SMITH v. WILKINSON.

LUMPKIN, J.  1. An equitable suit for an accounting and specific perform-
ance was referred to an auditor. To the report of the auditor exceptions
of law and fact were filed. The first and second grounds of exception,
both of law and of fact, were "because the auditor does not include in
his report of the evidence" certain documentary evidence and testimony
introduced on the hearing before him; and the third exception of law
was: "Plaintiff excepts, as an exception of law, to the auditor's report,
because the auditor does not separately report as such his findings of
facts and his findings of law, so that the parties may properly except
to said report." *Held*, that such matters did not furnish proper grounds
of exceptions to the auditor's report, but should have been made the
basis for a motion to recommit the case to the auditor. Civil Code
(1910), § 5139; *Southern Pine Co.* v. *Dickey*, 136 *Ga.* 662 (71 S. E.
1110).

2. "The neglect of a party excepting to an auditor's report on matters of
fact, or on matters of law dependent for their decision upon the evi-
dence, to set forth, in connection with each exception of law or of fact,
the evidence necessary to be considered in passing thereon, or to point
out the same by appropriate reference, or to attach as exhibits to his
exceptions those portions of the evidence relied on to support the ex-
ceptions, is a sufficient reason, in an equity case, for refusing to approve
the exceptions of fact and for overruling the exceptions of law. *Orr* v.
*Coolcdge*, 125 *Ga.* 496 (54 S. E. 618)." *Winkles* v. *Simpson Grocery
Co.*, 132 *Ga.* 32 (63 S. E. 627); *McCord* v. *City of Jackson*, 135 *Ga.* 176
(4), 177 (69 S. E. 23).

(a) Certain other exceptions to the auditor's report depend for their de-
termination upon the evidence. At the close of the exceptions of fact
there was the following statement: "Plaintiff hereto attaches a brief
of all the testimony material to his exceptions, which brief is referred to
as a part of each exception as if the testimony was included in the ex-
ception." The brief covered seven typewritten pages, containing evi-
dence of a number of witnesses on different matters, and also documen-
tary evidence. *Held*, that, under the ruling quoted in the second head-
note, the trial judge did not err in refusing to approve such exceptions
of fact or in overruling such exceptions of law.

(b) No exception which is sufficiently made in this case requires a reversal.

*Judgment affirmed. All the Justices concur.*

JULY 20, 1915.

Exceptions to auditor's report.  Before Judge Park.  Wilkes
superior court.  August 6, 1914.

*W. A. Slaton,* for plaintiff.

*J. M. Pitner* and *Colley & Colley,* for defendant.